## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

MARY H. LONG, )
)
              Plaintiff, )
)
v. ) Civil No. 13-00133-CV-W-DW
)
SERGEANT CHAD NEPPLE, et al., )
)
              Defendants. )

## **JUDGMENT IN A CIVIL ACTION**

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment is granted.


| June 25, 2014 | Ann Thompson |
|---|---|
| Dated | Clerk of Court |

| June 30, 2014 | /s/ Alex Francis |
|---|---|
| Entered | (by) Deputy Clerk |